FILED

01/07/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0659

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 24-0659

| | |
|---|---|
| BRIDGET J. KELLY,<br><br>      Appellee\Petitioner,<br>vs.<br><br>JOSEPH S. CAMP III,<br><br>      Appellant/Respondent. | **ORDER GRANTING EXTENSION** |

THIS MATTER came before the Court upon the Motion for Extension filed herein by Appellant. Finding the Appellants has not previously requested an extension to file a brief, pursuant to M. R. App. P. 26(1)(2023), the Court may grant a 30 day extension.

Appellant's Opening Brief shall be filed on or before February 10, 2025.

DATED AND SIGNED ELECTRONCIALLY BELOW.

ORDER GRANTING EXTENSION

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 7 2025